IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00119 SI |
| Plaintiff, | **ORDER DENYING MOTION TO QUASH** |
| v. | |
| VICTOR FLORES, et al., | |
| Defendants. | |

On March 21, 2014, the Court heard argument on non-party California Department of Corrections and Rehabilitation's ("CDCR") motion to quash the government's November 5, 2013 subpoena. At the hearing, the parties represented to the Court that the CDCR's reluctance to comply was due to a misunderstanding regarding the nature and scope of the relevant protective order in this case. The Court therefore DENIES the CDCR's motion to quash, and ORDERS the CDCR to comply with the subpoena.

**IT IS SO ORDERED.**

Dated: March 21, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE